

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00145-CR

| | | |
|---|---|---|
| DAVID WAYNE BLACK, Appellant | § | On Appeal from Criminal District Court No. 4 |
| | § | of Tarrant County (0976642R) |
| V. | § | February 3, 2022 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
　　　Justice Brian Walker